SCHEDULE F

AVA AC TRE Inc.

| Creditor | Address | Type | Status | Amount |
|---|---|---|---|---|
| Tri State Paper | 4500 N. 3rd St.<br>Phila, PA 19140<br>215-455-4506 | Trade Debt | Unsecured | 13,000 |
| South Jersey Paper | 2400 Industrial Way<br>Vineland, NJ 08360<br>856-691-2605 | Trade Debt | Unsecured | 9,300 |
| Georges Market | 37 Freedom Rd<br>Sewell, NJ 08080<br>609-254-6201 | Trade Debt | Unsecured | 8,600 |
| Dubin Paper | 1910 S. Columbus Blvd.<br>Phila, PA 19148<br>215-462-7900 | Trade Debt | Unsecured | 1,797 |
| Stanley Marvel | 1221 Ford Rd.<br>Bensalem, PA 19020<br>215-638-7800 | Trade Debt | Unsecured | 21,000 |
| Jack & Jill | 101 Commerce Dr.<br>Moorestown, NJ 08057<br>856-813-2300 | Trade Debt | Unsecured | 5,700 |
| Marketplace Philadelphia LP | Philadelphia Int'l Airport<br>Terminal E Upper Level<br>Phila, PA 19153<br>215-937-1200 | Rental | Unsecured | 87,000 |
| Ferraro Foods | 1603 Rhawn St.<br>Phila, PA 19111<br>732-424-3400 | Trade Debt | Unsecured | 5,000 |
| Source One | 2 Carnegie Rd<br>Lawrenceville, NJ 08648<br>215-428-2735 | Trade Debt | Unsecured | 250,000 |