Law Offices of Dimitri L. Karapelou, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(p): (215) 391-4312
(f): (215) 391-4350
dkarapelou@karapeloulaw.com
Dimitri L. Karapelou, Esquire
Shelly A. Solomon, Esquire

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>AVA/ AC TRE<br><br>*Debtor.* | Chapter 11<br><br>Bankruptcy No.: 13-11229 |
|---|---|

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor has filed a Motion of Debtor to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b).

**Your rights may be affected.**
**You should read these papers carefully and discuss them**
**with your attorney, if you have one in this bankruptcy case.**
**(If you do not have an attorney, you may wish**
**to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **May 10, 2013** you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at

    **United States Bankruptcy Court**
    **Clerk's Office**
    **900 Market Street, Suite 400**
    **Philadelphia, Pennsylvania  19107-4299**

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

**Dimitri L. Karapelou, Esquire**
**Law Offices Of Dimitri L. Karapelou, LLC**
**1600 Market Street, 25th Floor**
**Philadelphia, Pa 19103**
**(P): (215) 391-4312**
**(F): (215) 391-4350**

2.    If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the **Honorable Judge Jean K. FitzSimon** on **May 22, 2013** at **9:30 a.m**. in **Courtroom No. 3**, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

    Respectfully Submitted,

    */s/ Dimitri L. Karapelou, Esq.*
    Law Offices of Dimitri L. Karapelou, LLC
    1600 Market Street, 25th Floor
    Philadelphia, PA 19103

**Date: April 2, 2013**